

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00352-CR

EX PARTE LACHARLES CURTIS

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2020-419,516, Honorable William R. Eichman II, Presiding

December 19, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, LaCharles Curtis, proceeding pro se, filed a document with this Court seeking to appeal the trial court's purported denial of his pretrial application for writ of habeas corpus. Because no such order has been issued by the trial court, we dismiss the appeal for want of jurisdiction.

We have jurisdiction to consider a criminal appeal from a judgment of conviction or where expressly granted by law. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). By letter of November 18, 2022, we notified Appellant that no judgment or appealable order had been entered by the trial court and directed him to show how we

have jurisdiction over this appeal. In response, Appellant filed a "Motion to Remand Jurisdiction Because of Delay for Answer on Bond Reduction," requesting that we remand the cause for the trial court to rule on his pending habeas application. Appellant has not demonstrated our appellate authority to do so. Further, to the extent Appellant now seeks mandamus relief, he has not filed a petition complying with Rule of Appellate Procedure 52, supported by record documents, that shows he is entitled to the requested relief. Accordingly, we deny the motion.

Because Appellant has not presented this Court with a judgment of conviction or appealable order for review, we dismiss the appeal for want of jurisdiction.

Per Curiam

Do not publish.

2